# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Jeffrey L. McCurry, )<br>)<br>) <br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. )<br>_____) | C.A. No. 4:09-cv-01727-JMC<br><br><br>**ORDER** |

On June 10, 2011 Counsel for the Plaintiff, Carole M. Dennison, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). Defendant does not oppose Plaintiff's motion. [Doc. 34].

The motions seeks reimbursement for counsel's representation in the captioned matter in the amount of $7,953.50, which amounts to less than twenty-five percent (25%) of the past-due benefits withheld by the Social Security Administration for attorney's fees. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42, U.S.C. §406(b), be granted in the amount of $7,953.50

s/J. Michelle Childs<br>
United States District Judge

Greenville, South Carolina
July 14, 2011